**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00345-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  NOLBERTO GUZMAN-RODRIGUEZ,

    Defendant.

---

## MINUTE ORDER[1]

---

    On September 6, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

    **IT IS ORDERED** as follows:

    1. That on **September 20, 2011**, commencing at 11:00 a.m., the court shall conduct a change of plea hearing in this matter; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: September 6, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.